UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2003 NOV -3  P 12: 26

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES OF AMERICA,              :

                Plaintiff,    :

      v.                                  :

Lilia N. Snyder,                       :     COURT NO: 3:01CV00142 (AHN)

                Defendant,    :

         and                         :
Office of the Town Clerk
City of New Haven
200 Orange St., Rm 204
New Haven, CT06510                     :

                Garnishee.    :

### ANSWER OF THE GARNISHEE

I, _Jerome M. Sgnella, Jr._, BEING DULY SWORN DEPOSES AND SAYS:
  (affiant)

    IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of _____.
    state full name and address of business

    IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member of the Garnishee's partnership

    IF GARNISHEE IS A CORPORATION:

    That he/she is the _Payroll & Pension Administrator_ of Garnishee, a
                           (state official title)

corporation, organized under the laws of the State of _Connecticut_

    On _10/30_, 2003, Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service:

Yes    No

X    ___    1.   Defendant was in my/our employ.

          2.   Pay period is  X  weekly, ___ bi-weekly,

             ___ semi-monthly, ___ monthly.

10/26/03    Enter the date present pay period began.

(present means the pay period in which this order and notice of garnishment were served)

10/31/03    Enter date above pay period ends.

          3.   Enter amount of net wages.   Calculate below:

(a) Gross Pay                           $  881.89

(b) Federal income tax                  $  22.73

(c) ~~F.I.C.A. income tax~~ Mandatory Pension    $  52.91

(d) State income tax                    $  32.30

Total of tax withholdings               $  107.94

Net Wages                               $  773.95  *
(less total of b,c,d)

    *Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the judgment debtor's net wages.

    The Garnishee has the following objections, defenses or setoffs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's Claim: _____N/A_____

\*\* Check 1 and/or 2 if applicable\*\*

_____ 1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>Lilia N. Snyder,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____ 2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on ____10/31/03____ at
                                   (date)

____29 N UNION AVENUE, WEST HAVEN, CT 06516____
(state street address, city, state and zip code)

or hand delivered to _____
                    (state actual address of where it was hand
                     delivered)

on _____
   (date)

**JEROME M. SAGNELLA, JR.**
**PAYROLL/PENSION ADMINISTRATOR**

_____
(Affiant's signature)

Subscribed and sworn to before me this 31st day of October, 2003.

_____
Notary Public  MARY CHANG
Commissioner of the Superior Court
My Commission expires: _____

3

The *Original Answer* must be mailed to:

>United States District Court
>Office of the Clerk
>915 Lafayette Boulevard
>Bridgeport, Connecticut  06604

Mail the check (made payable to the **Department of Justice**) and a **copy** of this Answer to:

>United States Attorney
>Connecticut Financial Center
>157 Church Street
>New Haven, Connecticut 06510
>Attn:  Financial Litigation Unit

4